(December 3, 1937.)

OLGA ESTEROFF, Respondent, v. WORLD BOOK COMPANY, Appellant.— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, upon the ground that the judgment is against the weight of the credible evidence. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.; Untermyer and Callahan, JJ., dissent and vote for affirmance.

HANCOCK COMPANY, INC., Appellant, v. HOME INSURANCE COMPANY and Others, Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.; O'Malley and Dore, JJ., dissent and vote to reverse and grant the motion.

JAMES V. MARTIN, Appellant, v. MANUFACTURERS AIRCRAFT ASSOCIATION, INC., and EDWARD A. DEEDS, Respondents, Impleaded with Others.— Orders dated respectively June 7, 1937, and June 22, 1937, so far as appealed from, unanimously modified so as to allow, in addition to the items granted, the following items as demanded in plaintiff's notice of motion for examination before trial dated April 20, 1937: 12, 30, 35, 41, 48 (eliminating " or any other prospective customer of plaintiff)," 54, 58, 60, 67, 81 and 94 (eliminating " or any other prospective customer of plaintiff "). As so modified, the orders appealed from are affirmed. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.